IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE OF THE BRICKLAYERS OF INDIANA RETIREMENT FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS OF INDIANA HEALTH AND WELFARE FUND), INDIANA BRICKLAYERS LOCAL 4 JOINT APPRENTICESHIP TRAINING COMMITTEE, BRICKLAYERS LOCAL 4 AND INDIANAPOLIS PENSION FUND,<br><br>       Plaintiffs,<br><br> v.<br><br>HERMESCH MASONRY L.L.C., an Indiana domestic limited liability company,<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:20-cv-441-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, HERMESCH MASONRY L.L.C. without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

               Respectfully submitted,

               s/ Donald D. Schwartz
               Donald D. Schwartz
               Attorney for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
312-236-0415

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 26th day of February 2020, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

>HERMESCH MASONRY L.L.C.
>C/O ITS REGISTERED AGENT, KYLE HERMESCH
>5049 N. HAMBURG ROAD
>OLDENBURG, IN 47240

s/Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
(312) 236-0415